IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Sweeney | § § § § | |
| v. | § | A-14-CV-910-DAE |
| Texas State University | § § § § | |

### PLAINTIFF MICHAEL SWEENEY'S OBJECTION TO FINAL PRE-TRIAL CONFERENCE PROCEEDINGS

COMES NOW **plaintiff** Michael Sweeney, objecting to the final pre-trial conference proceedings in the above named case held on May 18, 2016 pursuant to FRCP 46, FRCP 8, FRCP 12, and FRCP 56 (See Doc. 62; see also Doc. 63).

Respectfully submitted,

*[signature: Michael Sweeney]*

Address: P.O. Box 258, San Marcos, TX 78667

E-mail: mjsweene@indiana.edu

Phone: 512-557-7787

# Certificate of Service

**Plaintiff** Michael Sweeney delivered the following documents, by e-mail, to Kelli Faqua at kelli.faqua@texasattorneygeneral.gov at the Office of Attorney General for the **defendant** Texas State University on August 17, 2016.

    Plaintiff Michael Sweeney's Objection to Final Pre-trial Conference

    Certificate of Service

Respectfully submitted,

*/s/ Michael Sweeney*

Address: P.O. Box 258, San Marcos, TX 78667

E-mail: mjsweene@indiana.edu

Phone: 512-557-7787